THE HONORABLE JUDGE LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR10-0205-RSL |
|---|---|
| Plaintiff, | ~~(PROPOSED)~~ ORDER GRANTING MOTION TO MODIFY CONDITION OF JUDGMENT |
| vs. | |
| RYAN NICELY, | |
| Defendant. | |

THE COURT has considered the defendant's unopposed motion to modify the special condition of his Judgment, DK. #131, and all the records and files in this case.

THE COURT FINDS that the modification request is appropriate and consistent with the relevant provisions of 18 U.S.C. §§3553 and 3583(e)(2).

IT IS HEREBY ORDERED THAT THE Judgment is modified to delete "The defendant shall not associate with any known Waco gang member," and add "The defendant shall not associate with any known Waco gang member unless granted permission to do so by the Probation Officer."

DATED this 14th day of March, 2019

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

PROPOSED ORDER MODIFYING CONDITIONS - 1

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508  FAX (206) 905-3371